1  Christopher Van Gundy, State Bar No. 152359
   **BAKER & McKENZIE LLP**
2  Two Embarcadero Center, 11th Floor
   San Francisco, CA 94111-3802
3  Telephone: +1 415 576 3000
   Facsimile: +1 415 576 3099
4
   Attorneys for Plaintiffs
5  PETER BRASSELER HOLDINGS, L.P. and
   BRASSELER USA, INC.
6

7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10 PETER BRASSELER HOLDINGS, L.P. and        Case No. 07-MC-80290-VRW
   BRASSELER USA, INC.,
11                                           Re: Case No. 407-025 BAE
                  Plaintiff,                 (Pending in the USDC,
12                                           Southern District of Georgia)
        v.
13                                           PLAINTIFFS' REQUEST AND
   GEBR. BRASSELER Gmbh & CO., KG,           PROPOSED ORDER TO RESCIND
14 KOBRA, INC. d/b/a KOMET USA and           THE PRESENT CASE NUMBER AND
   KOMET USA, LLC,                           MERGE THE PRESENT ACTION
15                                           INTO CASE NO. 07-MC-80289–WHA
                  Defendants.
16

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

SFODMS/6538189.1

Case No 07-MC-80290-VRW
PLAINTIFFS' REQ AND PROP ORDER TO RESCIND THE PRESENT CASE NO. & MERGE ACTION INTO CASE NO. 07-MC-80289-WHA

Counsel to Plaintiffs Peter Brasseler Holding, L.P. and Brasseler USA, Inc. ("Plaintiffs") hereby respectfully requests the Court's assistance and intervention to rectify an administrative court matter by issuing an order instructing the court clerk to do the following:

(1) To rescind the present Case Number 07-MC-80290-VRW; (2) To merge the present action into Case Number 07-MC-80289-WHA; and (3) To refund Plaintiffs the initial fee for filing a miscellaneous case.

On December 26, 2007, the undersigned local counsel was asked by Plaintiffs' lead counsel in Georgia to assist on an urgent basis with a case pending in the United States District Court, Southern District of Georgia. Lead counsel in Georgia requested assistance with filing pleadings related to Plaintiffs' Objections to Motion to Quash Subpoena or for Protective Order and Request for Monetary Sanctions with the United States District Court for the Northern District of California in San Francisco.

Local counsel in San Francisco arranged for the requested filing of the court pleadings under a new Miscellaneous Case Number. A true and correct copy of the Civil Docket for Case No. 07-MC-80290-VRW, setting out the court pleadings related to Plaintiffs' Objections filed on December 26, 2007, is incorporated herein and attached hereto as **Exhibit 1.**

Unbeknownst to local counsel, a Miscellaneous Case Number had already been established with the United States District Court for the Northern District of California. On December 21, 2007, miscellaneous parties Kenneth A. Hollander and Kenneth Hollander Associates had filed court pleadings related to a motion for order shortening time to have a motion to quash subpoena or for protective order to be heard. A true and correct copy of the Civil Docket for Case No. 07-MC-80289-WHA, setting out the court pleadings filed on December 21, 2007, is incorporated herein and attached hereto as **Exhibit 2.**

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

SFODMS/6538189.1

1

Case No 07-MC-80290-VRW
PLAINTIFFS' REQ AND PROP ORDER TO RESCIND THE PRESENT CASE NO. & MERGE ACTION INTO CASE NO. 07-MC-80289-WHA

Counsel respectfully requests that the court correct the inadvertence of filing a new Miscellaneous Case, when one had previously been already established, and respectfully requests the court to rescind Case Number 07-MC-80290-VRW and merge its court-filed pleadings into the correct Case Number 07-MC-80289-WHA, in order to integrate Plaintiffs' court-filed pleadings into the appropriate case. Additionally, Plaintiffs respectfully request that they be refunded the initial court fee for filing a Miscellaneous Case.

Dated: January 7, 2008

BAKER & McKENZIE LLP

By: _____
Christopher Van Gundy
Attorneys for Plaintiffs
PETER BRASSELER HOLDINGS, L.P. and
BRASSELER USA, INC.

ORDER

The Court instructs the court clerk to do the following:

(1) To rescind the present Case Number 07-MC-80290-VRW;

(2) To merge the court pleadings filed in the Case Number-MC-80290-VRW into Case Number 07-MC-80289-WHA; and

(3) To refund Plaintiffs the initial fee for filing a miscellaneous case.

IT IS SO ORDERED.

Date: _____    _____
United States District Court Judge

Baker & McKenzie LLP
San Francisco

2

Case No 07-MC-80290-VRW
PLAINTIFFS' REQ AND PROP ORDER TO RESCIND THE PRESENT CASE NO. & MERGE ACTION INTO CASE NO. 07-MC-80289-WHA
SFODMS/6538189.1

# U.S. District Court
## California Northern District (San Francisco)
### CIVIL DOCKET FOR CASE #: 3:07-mc-80290-VRW

Peter Brasseler Holding, L.P. et al v. Gebr. Brasseler GmbH & Co., KG et al
Assigned to: Hon. Vaughn R. Walker

Date Filed: 12/26/2007

**Plaintiff**

**Peter Brasseler Holding, L.P.**    represented by **Christopher Gail VanGundy**
Baker & McKenzie
Two Embarcadero Center
11th Floor
San Francisco, CA 94111-3909
415.576-3000
Fax: 415-576-3099
Email: christopher.vangundy@bakernet.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brasseler USA, Inc.**    represented by **Christopher Gail VanGundy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Gebr. Brasseler GmbH & Co., KG**

**Defendant**

**Kobra, Inc.**
*doing business as*
Komet USA

**Defendant**

**Komet USA, LLC**

| Date Filed | # | Docket Text |
|---|---|---|
| 12/26/2007 | 1 | OBJECTIONS to Motion to Quash Subpoena or for Protective Order and Request for Monetary Sanctions by Peter Brasseler Holding, L.P., Brasseler USA, Inc.. (ga, COURT STAFF) (Filed on 12/26/2007) |

Exhibit __/__

| | | |
|---|---|---|
| | | (Entered: 12/27/2007) |
| 12/26/2007 | 2 | Declaration of John M. Tatum in Support of 1 Objection filed byPeter Brasseler Holding, L.P., Brasseler USA, Inc.. (ga, COURT STAFF) (Filed on 12/26/2007) (Entered: 12/27/2007) |
| 12/26/2007 | | Proposed Order re 1 Objection by Peter Brasseler Holding, L.P., Brasseler USA, Inc.. (ga, COURT STAFF) (Filed on 12/26/2007) (Entered: 12/27/2007) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/04/2008 08:23:24 | | | |
| PACER Login: | bm0135 | Client Code: | 22004332.000002 |
| Description: | Docket Report | Search Criteria: | 3:07-mc-80290-VRW |
| Billable Pages: | 1 | Cost: | 0.08 |

## U.S. District Court
## California Northern District (San Francisco)
### CIVIL DOCKET FOR CASE #: 3:07-mc-80289-WHA

Peter Brasseler Holding, L.P. et al v. Gebr. Brasseler GmbH & Co., KG et al  Date Filed: 12/21/2007
Assigned to: Hon. William H. Alsup

**Plaintiff**

**Peter Brasseler Holding, L.P.**          represented by **Christopher Gail VanGundy**
                                                          Baker & McKenzie
                                                          Two Embarcadero Center
                                                          11th Floor
                                                          San Francisco, CA 94111-3909
                                                          415.576-3000
                                                          Fax: 415-576-3099
                                                          Email:
                                                          christopher.vangundy@bakernet.com
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brasseler USA, Inc.**                    represented by **Christopher Gail VanGundy**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Gebr. Brasseler GmbH & Co., KG**

**Defendant**

**Kobra, Inc.**
*doing business as*
Komet USA

**Defendant**

**Komet USA, LLC**

**Miscellaneous**

**Kenneth A. Hollander**                   represented by **Michael Bertram McNaughton**
                                                          Hanson, Bridgett, Marcus, Vlahos & Rudy
                                                          425 Market Street

Exhibit 2

      26th Floor
San Francisco, CA 94105
415/777-3200
Email:
mmcnaughton@hansonbridgett.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Miscellaneous**

**Kenneth Hollander Associates**     represented by  **Michael Bertram McNaughton**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/21/2007 | 1 | MOTION for Order Shortening Time filed by Kenneth A. Hollander, Kenneth Hollander Associates. (ga, COURT STAFF) (Filed on 12/21/2007) (Entered: 12/27/2007) |
| 12/21/2007 | 2 | Declaration of Michael B. McNaughton in Support of 1 MOTION to Shorten Time filed byKenneth A. Hollander, Kenneth Hollander Associates. (ga, COURT STAFF) (Filed on 12/21/2007) (Entered: 12/27/2007) |
| 12/21/2007 | | Proposed Order re 1 MOTION to Shorten Time by Kenneth A. Hollander, Kenneth Hollander Associates. (ga, COURT STAFF) (Filed on 12/21/2007) (Entered: 12/27/2007) |
| 12/21/2007 | 3 | MOTION to Quash Subpoena, or MOTION for Protective Order and Request for Monetary Sanctions filed by Kenneth A. Hollander, Kenneth Hollander Associates. (ga, COURT STAFF) (Filed on 12/21/2007) (Entered: 12/27/2007) |
| 12/21/2007 | 4 | Declaration of Ryan Kurtz in Support of 3 MOTION to Quash MOTION for Protective Order filed byKenneth A. Hollander, Kenneth Hollander Associates. (ga, COURT STAFF) (Filed on 12/21/2007) (Entered: 12/27/2007) |
| 12/21/2007 | 5 | Declaration of Kenneth Hollander in Support of 3 MOTION to Quash MOTION for Protective Order filed byKenneth A. Hollander, Kenneth Hollander Associates. (ga, COURT STAFF) (Filed on 12/21/2007) (Entered: 12/27/2007) |
| 12/21/2007 | 6 | CERTIFICATE OF SERVICE by Kenneth A. Hollander, Kenneth Hollander Associates re 3 MOTION to Quash MOTION for Protective Order, 2 Declaration in Support, Proposed Order, 1 MOTION to Shorten Time, 5 Declaration in Support, 4 Declaration in Support (ga, COURT STAFF) (Filed on 12/21/2007) (Entered: 12/27/2007) |
| 01/03/2008 | 7 | CLERK'S NOTICE Scheduluing Motion Hearing. Motion Hearing set for 1/4/2008 11:00 AM in Courtroom 9, 19th Floor, San Francisco. (dt, |

| | | COURT STAFF) (Filed on 1/3/2008) (Entered: 01/03/2008) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/04/2008 10:27:10 | | | |
| PACER Login: | bm0135 | Client Code: | 22004332.000002 |
| Description: | Docket Report | Search Criteria: | 3:07-mc-80289-WHA |
| Billable Pages: | 1 | Cost: | 0.08 |

# PROOF OF SERVICE

I, Barbara Loeb, declare: I am employed in the City and County of San Francisco, California. I am over the age of 18 years and not a party to the within action. My business address is Two Embarcadero Center, Suite 1100, San Francisco, CA 94111.

On January 7, 2008, I served the attached:

**PLAINTIFFS' REQUEST AND PROPOSED ORDER TO RESCIND THE PRESENT CASE NUMBER AND MERGE THE PRESENT ACTION INTO CASE NO. 07-MC-80289-WHA**

on the parties in this action by placing true and correct copies thereof in sealed packages, addressed as follows:

| | |
|---|---|
| Hanson Bridgett Marcus Vlahos & Rudy, LLP<br>Michael B. McNaughton<br>425 Market Street, 26th Fl.<br>San Francisco, CA 94105<br>Via U.S. MAIL<br>Facsimile No.: (415) 541-9366 | Attorneys for Kenneth A. Hollander and Kenneth Hollander Associates |
| William P. Eiselstein<br>Ryan A. Kurtz<br>Miller & Martin PLLC<br>1170 Peachtree Street N.E.<br>Suite 800<br>Atlanta, GA 30309<br>Via U.S. Mail<br>rkurtz@millermartin.com<br>beiselstein@millermartin.com | Attorneys for Defendants |
| Paul W. Painter, Jr.<br>Ellis, Painter, Ratterree & Adams<br>2 East Bryan Street<br>Savannah, GA 31401<br>Via U.S. Mail<br>ppainter@epra-law.com | Attorneys for Defendants |

[X]   (BY U.S. MAIL) I placed such sealed envelope, with postage thereon fully prepaid for first-class mail, for collection and mailing at BAKER & McKENZIE, San Francisco, California, following ordinary business practices. I am readily familiar with the practice of BAKER & McKENZIE for collection and processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for collection.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at San Francisco, California on January 7, 2008.

_____
Barbara Loeb

Baker & McKenzie LLP
San Francisco

3

PLAINTIFFS' REQ AND PROP ORDER TO RESCIND THE PRESENT CASE NO. & MERGE ACTION INTO CASE NO. 07-MC-80289-WHA
Case No 07-MC-80290-VRW
SFODMS/6538189.1