1  Christopher Van Gundy, State Bar No. 152359
   **BAKER & McKENZIE LLP**
2  Two Embarcadero Center, 11th Floor
   San Francisco, CA 94111-3802
3  Telephone: +1 415 576 3000
   Facsimile: +1 415 576 3099
4
   Attorneys for Plaintiffs
5  PETER BRASSELER HOLDINGS, L.P. and
   BRASSELER USA, INC.
6

7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10 | PETER BRASSELER HOLDINGS, L.P. and | Case No. 07-MC-80290-VRW
   | BRASSELER USA, INC.,               | Miscellaneous Case
11 |                                    |
   |           Plaintiffs,              | Re Case No. 407-025 BAE
12 |                                    | (Pending in the USDC,
   |   v.                               | Southern District of Georgia)
13 |                                    |
   | GEBR. BRASSELER Gmbh & CO., KG,    | **PLAINTIFFS' NOTICE OF**
14 | KOBRA, INC. d/b/a KOMET USA and    | **VOLUNTARY DISMISSAL OF**
   | KOMET USA, LLC,                    | **ACTION**
15 |                                    |
   |           Defendants.              | [Fed.R.Civ.Pro. 41(a)]
16

IT IS SO ORDERED
Judge Vaughn R Walker
1/15/2008

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

SFODMS/6538376.1

Case No 07-MC-80290-VRW
PLAINTIFFS' NOTICE OF DISMISSAL OF ACTION

1  NOTICE IS HEREBY GIVEN that pursuant to Federal Rules of Civil Procedure,
2  Rule 41(a), Plaintiffs Peter Brasseler Holding, L.P. and Brasseler USA, Inc. voluntarily dismiss the
3  above-captioned action without prejudice.

Dated: January 9, 2008                    BAKER & McKENZIE LLP

                                          By: /s/ Christopher Van Gundy
                                          Christopher Van Gundy
                                          Attorneys for Plaintiffs
                                          PETER BRASSELER HOLDINGS, L.P. and
                                          BRASSELER USA, INC.

Baker & McKenzie LLP
Two Embarcadero Center
11th Floor
San Francisco, CA 94111
+1 415 576 3000

SFODMS/6538376.1

1

Case No 07-MC-80290-VRW
PLAINTIFFS' NOTICE OF DISMISSAL OF ACTION

# PROOF OF SERVICE

I, Christine von Seeburg, declare: I am employed in the City and County of San Francisco, California. I am over the age of 18 years and not a party to the within action. My business address is Two Embarcadero Center, Suite 1100, San Francisco, CA 94111.

On January 11, 2008, I served the attached:

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF ACTION**

on the parties in this action by placing true and correct copies thereof in sealed packages, addressed as follows:

| | |
|---|---|
| Hanson Bridgett Marcus Vlahos & Rudy, LLP<br>Michael B. McNaughton<br>425 Market Street, 26th Fl.<br>San Francisco, CA 94105<br>Via U.S. MAIL<br>Facsimile No.: (415) 541-9366 | Attorneys for Kenneth A. Hollander and Kenneth Hollander Associates |
| William P. Eiselstein<br>Ryan A. Kurtz<br>Miller & Martin PLLC<br>1170 Peachtree Street N.E.<br>Suite 800<br>Atlanta, GA 30309<br>Via U.S. Mail<br>rkurtz@millermartin.com<br>beiselstein@millermartin.com | Attorneys for Defendants |
| Paul W. Painter, Jr.<br>Ellis, Painter, Ratterree & Adams<br>2 East Bryan Street<br>Savannah, GA 31401<br>Via U.S. Mail<br>ppainter@epra-law.com | Attorneys for Defendants |

[X]  (**BY U.S. MAIL**)  I placed such sealed envelope, with postage thereon fully prepaid for first-class mail, for collection and mailing at BAKER & McKENZIE, San Francisco, California, following ordinary business practices. I am readily familiar with the practice of BAKER & McKENZIE for collection and processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for collection.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at San Francisco, California on January 11, 2008.

_Christine von Seeburg_
Christine von Seeburg